UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Image Pro Solutions LLC , <br><br> Plaintiff(s), <br><br> v. <br><br> Lightform, Inc. , <br><br> Defendant(s). | Case No. 3-23-cv-02679 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Hao Ni, an active member in good standing of the bar of the State of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Image Pro Solutions LLC in the above-entitled action. My local co-counsel in this case is Steven Ritcheson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SBN 174062.

8140 Walnut Hill Ln, Ste 615, Dallas, TX 75231
MY ADDRESS OF RECORD

578 Washington Blvd. #503
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(972) 331-4600
MY TELEPHONE # OF RECORD

(424) 289-9189
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

hni@nilawfirm.com
MY EMAIL ADDRESS OF RECORD

switcheson@insightplc.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24047205.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/01/2023

Hao Ni
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Hao Ni is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/2/2023

UNITED STATES MAGISTRATE JUDGE

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 16, 2023

Re: Mr. Hao Ni, State Bar Number 24047205

To Whom It May Concern:

This is to certify that Mr. Hao Ni was licensed to practice law in Texas on November 05, 2004, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web