# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **IMAGE PRO SOLUTIONS LLC,**  *Plaintiff*,  v.  **LIGHTFORM, INC.,**  *Defendant*. | Case No. 4:23-cv-02679-HSG  **ORDER (as modified)** |

## ORDER

**IT IS SO ORDERED** that Defendant's answer date is extended by 60-days, from August 1, 2023 to October 1, 2023. Further, the Telephonic Case Management Conference is reset to November 7, 2023 at 2:00 p.m., with the Case Management Statement due by October 31, 2023.

DATED: 8/24/2023

Judge Haywood S. Gilliam, Jr.
US District Judge