Steven W. Ritcheson (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd., #503
Marina del Rey, CA 90292
(818) 744-8714
swritcheson@insightplc.com

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
Texas Bar No. 24047205
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
(972) 331-4600

*COUNSEL FOR PLAINTIFF*
*IMAGE PRO SOLUTIONS LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **IMAGE PRO SOLUTIONS LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**LIGHTFORM, INC.,**<br><br>*Defendant*. | **Case No. 4:23-cv-02679-HSG**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Image Pro Solutions, LLC ("Plaintiff"), by and through its undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action with prejudice against Defendant Lightform, Inc. ("Lightform" or "Defendant"). Prior to the filing of this notice, Defendant has not filed an answer or a motion for summary judgment.

DATED: September 15, 2023                                           Respectfully submitted,

By: */s/ Hao Ni*
Hao Ni (*pro hac vice*)
hni@nilawfirm.com
Texas Bar No. 24047205

**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

Steven W. Ritcheson (SBN 174062)
INSIGHT, PLC
578 Washington Blvd., #503
Marina del Rey, CA 90292
818-744-8714
swritcheson@insightplc.com

*COUNSEL FOR PLAINTIFF*
*IMAGE PRO SOLUTIONS LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of California, Oakland Division, using the electronic case filing system of the court. A true and complete copy of the foregoing document has been served upon all counsel of record.

*/s/ Hao Ni*
Hao Ni
Attorneys for Plaintiff
IMAGE PRO SOLUTIONS, LLC